**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Julian CERVANTES–VILLEGAS,**
**Defendant–Appellant.**

**No. 07–10078.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

James R. Knapp, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Julian Cervantes–Villegas, Florence, AZ, pro se.

David M. Ochoa, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Julian Cervantes–Villegas appeals from the guilty-plea conviction and 30–month sentence imposed for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we dismiss the appeal.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

When Cervantes–Villegas entered into a plea agreement with the government, he waived his right to appeal from the district court's entry of judgment and the imposition of a sentence provided that the sentence was consistent with his plea agreement. Because Cervantes–Villegas was sentenced within the terms of the plea agreement, we enforce the appeal waiver and dismiss this appeal. *See United States v. Jeronimo,* 398 F.3d 1149, 1153–55 (9th Cir.2005); *see also United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir. 2000).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.